پرویز کریم پناهی

**PARVIZ KARIM-PANAHI**
(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)
P.O. BOX 75580, Washington, DC 20013
~~P.O. BOX 241638, Los Angeles, CA 90024~~
Tel./cellular: (818) 264-9486
in *pro-se*

before the:
## UNITED STATES DISTRICT COURT
### for District of Columbia
333 Constitution Avenue, N.W., Washington DC 20001

| | |
|---|---|
| **PARVIZ KARIM-PANAHI,**<br>　　　　　　　　Plaintiff.<br><br>-Vs.-<br><br>**GROUP-1-** (United States 108th<br>Congressional/ (Senate & House) defendants):<br><br>Senator **JOHN W. WARNER,** Chair,<br>　SENATE ARMED SERVICES<br>　COMMITTEE and certain of its<br>　members and Staff named in<br>　SENATE RESOLUTION-286;<br>Senator **RICHARD G. LUGAR,** Chr.<br>　SENATE FOREIGN RELATIONS<br>　COMMITTEE and certain of its<br>　Members & Staff named in<br>　SENATE RESOLUTION-286;<br>Bill **FRIST,** Senate Majority leader;<br><br>U.S. [Jewish] Senators & House<br>　Representatives from California:<br>　　-Dianne FEINSTEIN;<br>　　-Barbara BOXER;<br>　　-Tom LANTOS;<br>　　-Henry A. WAXMAN;<br>　　-Mel LEVINE;<br>　　-Howard BERMAN;<br>　　-Brad SHERMAN;<br>　　-Jane HARMAN;<br>　　-Adam SCHIFF;<br>　　　　　　　(continued), | **Case No.:**<br>　**06-CV&CR-0987-JDB**<br><br>"**NOTICE OF APPEAL**"<br>from:<br>fraudulent sua-sponte ORDER of<br>DISMISSAL OF LEGAL ACTION<br>with-Prejudice by JUDGE<br>JOHN D. BATES, (a FSIA judge);<br>and from fraudulent<br>District Court Clerk's Operations.<br><br>ORDER as Proof of Judicial<br>manipulation to encourage/promote,<br>and To Cover-up<br>Governmental-Legislative-Judicial-<br>Corporate-Israeli/Jewish-Mafia<br>Terrors, Tortures, Thieveries,<br>Violation of Civil & Human Rights,<br>Hostage Taking, Destruction of<br>Evidence, Witnesses, ……..., and<br>Crime against Humanity, ……<br><br>Order Issued in direct Violation of<br>U.S. Constitution, Laws and even<br>U.S. SUPREME COURT Action.<br><br>If SADDM & his JUDGES on Trial,<br>Defendants Shall not Be Exempt. |

**RECEIVED**
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

--1--/ Appeal on 06-CV-0987-JDB
(*Parviz Karim-Panahi –v.- John W, Warner, Senate Committee, Judges, et al,*)

ORIGINAL:

**SENATE LEGAL COUNSEL:** [1]
Patricia Mack BYRAN, Legal Counsel;
Morgan J. FRANNKEL, Deputy Legal Counsel;
Thomas E. CABALLERO, Assistant Legal Counsel.

**House of Representatives General Counsel's office;**
Geraldine R. GENNET, General Counsel, Kerry W. KIRCHER, Deputy General Counsel;

**United States CAPITOL POLICE:**
Terrence W. GAINER, Chief;
Lieutenant John M. McGOWAN, PIN-3031;
Special Agent/Detective Mary TURNER, (and her Officer husband), PIN-...;
Officers:   James PUNDY, PIN-...;  Robert MARCELLO, PIN...;
            Tomothy JONES, PIN-...;          MILLER, PIN-...; et al.
Capitol Police General Counsel:

### *GROUP-II-:*

**United States DEFENSE Department;**

John P. ABIZAID, General, head of U.S. Armed Forces Central Command (in Iraq);
L. Paul BREMER, III, Ambassador/ex-Administrator of CPA in Occupied Iraq;
Thomas Mathew ROMERO, U.S. Army Special Agent; and his Unknown partners;
Steven K. KAUFMAN, U.S. Military Reserve/Training personnel,
   (also United States [Jewish] Assistant Attorney for District of Columbia);

**United States DEPARTMENT OF ARMY;**

U.S. ARMY CRIMINAL INVESTIGATION COMMAND,
   701ST MILITARY POLICE GROUP (CID), FORT BELVOIR Virginia;
   Curtis L. GREENWAY, Attorney Advisor;

U.S. ARMY CLAIMS SERVICE, OFFICE OF JUDGE ADVOCATE GENERAL,
   FORT GEORGE G. MEADE, MARYLAND,
   Melvin G. OLMSCHEID, Colonel, Chief, Tort Claims Division;
   Leland A. GALLUP, Colonel, Acting Commander;

---

([1]) [All real-person Defendants named, or unknown, are sued and liable in their personal, individual as well as their Official capacities. Damages are sought against them (dead or alive) and anyone benefited from them, including their spouses, children, heirs, families, administrators, trustees, beneficiaries, transferees, cronies, partners, allies, et al.].

<u>GROUP-III-:</u>
**Judiciary/ Courts/ Clerks/ Judges of United States of America,**
   *(all with Judicial Treason acted to Prevent Removal of Star-of-David, an Israeli and Jewish Symbol from USA Seals, Flags, Badges, Insignias,......)*:
**Administrative Office of the United States Courts;**
Leonidas Ralph Mecham, director

### A)- In District of Columbia:

*Sub-Group-III-(a):*
**United States Attorneys of U.S. Department of Justice;**
Kenneth L. WAINSTEIN, U.S. [Jewish] Attorney for District of Columbia;
Steven K. KAUFMAN, [Jewish] Assistant U.S. Attorney for District of Columbia,
   (also an active U.S. Military Reserve/Training Personnel);
John R. FISHER, [......] Assistant U.S. Attorney, Chief
   Appellate Division for appeals in D.C. Court of Appeals;
R. Graig LAWRENCE, Assistant U.S. Attorney, Chief
   Appellate Division for appeals in D.C. Circuit.
Roy M. McLEESE, III, Assistant U.S. Attorney, Chief Appellate Division,
Mary B. McCORD, Assistant U.S. Attorney, Appeals.

*Sub-Group-III-(b):*
**District of Columbia Superior Court;**
Zinora M. MITCHELL-RANKIN (and husband Michael L. RANKIN) Associate-Judge(s);
Ronald P. WERTHEIM, Sr. Judge;
Rufus G. KING, Chief Judge of D.C. Superior Court;
Clerk of the Court;

Betty M. BALLESTER., Assigned Attorney:

*Sub-Group-III-(c):*
**District of Columbia Court of APPEALS;**
Panels of Appeal Court Judges, on 04-CO-160:
   -Inez Smith REID, William C. PRYOR & John W. KERN, III;
   -Inez Smith REID, William C. PRYER, and Frank Q. NEBEKER;

Panels of Appeal Court Judges, on 04-CM-938:
   -John A. TERRY, Inez Smith REID, and Frank Q. NEBEKER;
   -Frank E. SCHWALB, Venessa RUIZ, and Warren R. KING;

Jannice M. WAGNER, [ex]-Chief Judge;
John R. FISHER, Associate-Judge, (ex- Assistant U.S. Attorney);

Garland PINKSTON, JR., Clerk of the Court;

Dennis M. HART, and Arthur E. AGO, Assigned Attorneys.

*Sub-Group-III-(d):*

United States District Court for District of Columbia;
Rosemary Meyer COLLYER, U.S. District Judge;
Reggie B. WALTON, U.S. District Judge;

Nancy MAYER-WHITTINGTON, Clerk of the Court;
Gregory HUGHES, Supervising Deputy Clerk;

*Sub-Group-III-(e):*
United States Court of Appeals for District of Columbia CIRCUIT;

Panels of D.C. Circuit Judges:
   -Douglas H. GINSBURG, A. Raymond RANDOLPH, and David S. TATEL;
   -Douglas H. GINSBURG, David B. SENTELLE, and John G. ROBERTS, Jr.;
   -Douglas H. GINSBURG, and David B. SENTELLE; and

En-Ban Court:
        Douglas H. GINSBURG, David B. SENTELLE, Karen Lecraft HENDERSON,
        A. Raymond RANDOLPH, Judith W. ROGERS, David S. TATEL,
        Merrick B. GARLAND, Harry T. EDWARDS, John G. ROBERTS, Jr.

Out of D.C. Circuit Assigned Panel of Judges:
        - Paul R. MITCHEL, U.S. Court of Appeals for Federal Circuit Judge;
        - Jane A. RESTANI, U.S. Court of International Trade Chief Judge;
        - Jone F. KEENAN, U.S. District Court, Southern District of New York, Sr. Judge;

Mark J. LANGER, Clerk of the Court;
Linda L. JONES, Supervising Deputy Clerk;
Maryland SEARGENT, Supervising Deputy Clerk;
John T. HALEY, Deputy Clerk;

### B)- In California:

*Sub-Group-III-(f):*
United States Attorneys of U.S. Department of Justice in Los Angeles;
Alejandro N. MAYORKAS, Leon W. WEIDMAN, Robert L. LESTER;

*Sub-Group-III-(g):*
United States District Court for Central District of California, Los Angeles;
U.S. District [Jewish] Judges:
- Earl H. CARROLL, (from Phoenix, Arizona);
- Christina A. SNYDER; and her ex-Law partner
- Mariana R. PFAELZER;
- Andrew J. WISTRICH, Magistrate-Judge;
- (also other judges named in other legal actions).

Sherri CARTER, CLERK of the Court;

*Sub-Group-III-(h):*
United States Court of Appeals for the Ninth Circuit;

*III-(h)(i)):*
*as Principals in Fabricated Appeal Case No.: 99-80124,*
*Continuing Retaliations, Judicial-Code-of-Silence &*
*Treason to Prevent Removal of Star-of-David from USA Seal, Flags, etc:*

Panels and individual NINTH CIRCUIT JUDGES:

Alfred T. GOODWIN, A. Wallace TASHIMA, Raymond C. FISHER; and
Raymond C. FISHER, Richard R. CLIFTON, Consuelo M. CALLAHAN; and
Edward LEAVY, Ferdinand F. FERNANDEZ, Marsha S. BERZON; and
Mary M. SCHROEDER, A. Wallace TASHIMA, Johnnie B. RAWLINSON; and
William C. CANBY, Robert R. BEEZER, Richard A. PAEZ; and
Andrew J. KLEINFELD, Michael D. HAWKINS, Barry G. SILVERMAN; and
Stephen R. REINHARDT, Susan P. GRABER, Marsha S. BERZON; and
Procter R. HUG, Harry PREGERSON, (father), Kim M. WARDLAW; and
Stephen S. TROTT, Susan P. GRABER, M. Margaret MCKEOWN; and
Procter R. HUG, Andrew J. KLEINFELD, Ronald M. GOULD; and
J. Clifford WALLACE, Mary M. SCHROEDER and Sidney R. THOMAS; and
Harry PREGERSON, (father), Andrew J. KLEINFELD, Ronald GOULD; and
Ferdinand F. FERNANDEZ, Kim WARDLAW, William FLETCHER, (son);
James R. BROWNING, Mary M. SCHROEDER, Harry PREGERSON, (father); and
Warren J. FERGUSON, Pamela Ann RYMER and Michael Daly HAWKINS; and
Edward LEAVY, Stephen S. TROTT and Barry G. SILVERMAN; and
James R. BROWNING, J. Clifford WALLACE and Edward LEAVY; and

Appellate Commissioner Peter SHAW;
Cathy CATTERSON, Clerk; *pro-se* Motion Attorney Susan GALMUS, et al. And

### *III-(h)(ii)-*
### *as Principals in Cover-ups, Retaliations, Discriminations:*

PANELS and individual NINTH CIRCUIT JUDGES:

James R. BROWNING,   Charles M. MERRIL,   M. Oliver KOELSCH; and
James R. BROWNING,   Joseph T. SNEED,   Edward LEAVY; and
Anthony M. KENNEDY,   Thomas G. NELSON;  and
Mary M. SCHROEDER, Jerome FARRIS;  and
Mary M. SCHROEDER, Eugene A. WRIGHT;  and
Eugene A. WRIGHT,   Otto SKOPIL; and
Stephen REINHARDT,   Diarmuld O'SCANNELAIN;   and
Melvine BRUNETTI, John T. NOONAN;  and
Betty B. FLETCHER, (mother), William CANBY, Jr., Diarmuld O'SCANNELAIN; and
William A. NORRIS,   Diarmuld F. O'SCANNLAIN;  and
Stephen REINHARDT, David R. THOMPSON, Thomas TANG; and
Procter HUG, David R. THOMPSON; and
Alex KOZINSKI,   Thomas TANG; and
Andrew J. KLEINFELD,   Pamela Ann RYMER; and
Cecil F. POOLE, David R. THOMPSON, and PRO, (d.j. Nevada); and
Robert R. BREEZER,   Thomas TANG; and
Andrew J. KLEINFELD, Melvin BRUNETTI,  Pamela Ann RYMER; and
Harry PREGERSON, (father),  Thomas G. NELSON; and
William C. CANBY, Jr.,   Ferdinand F. FERNANDEZ, Thomas G. NELSON; and
Ferdinand F. FERNANDEZ, Arthur A. ALACRON, Pamela Ann RYMER; and
Procter HUG, Jr.,  Mary M. SCHROEDER, Cecil F. POOLE; and
Andrew J. KLEINFELD, David R. THOMPSON; and
Andrew J. KLEINFELD, David R. THOMPSON, Thomas G. NELSON, and
Joseph T. SNEED, Melvin BRUNETTI, Sidney R, THOMAS; and
Herbert Y.C. CHOY, Warren J. FERGUSON, Charles E. WIGGINS; and
Stephen S. TROTT, Sidney R. THOMAS; and
Alex KOZINKSKI, Robert R. BREEZER; and
Stephen S. TROTT, Joseph T. SNEED,  John T. NOONAN, Jr.; and
Stephen S. TROTT, M. Margaret McKEOWN;
Edward LEAVY, A. Wallace TASHIMA, Alfred T. GOODWIN;  and
Ninth Circuit En-Banc / Full Court; and

### *III-(h)(iii)-*
### *Accessories in Cover-ups/ Judicial Code of Silence:*

NINTH-CIRCUIT-JUDICIAL-COUNCIL:
J. Clifford WALLACE, Chief Judge; and
Circuit Judges: William C. CANBY, Jr;  Robert R. BEEZER;  and
District Judges:  COYLE,  QUACKENBUSH,  BROWNING,  and En-RIGHT; and
certain Deputy-Clerks, designated Staff-Attorneys, Motion-Attorneys, Conference-Attorneys: Susan GELMIS, Pro-se Supervisor, et al..

*Sub-Group-III-(k):*

SUPREME COURT of the United States of America; and
Supreme Court JUSTICES:
William H. REHNQUIST (deceased/ dead) and John G. ROBERTS, Jr., Chief Justices;
Anthony M. KENNEDY; Sandra Day O'CONNOR, (retired); Antonion SCALIA;
David H. SOUTER; Ruth Bader GINSBURG; Stephen G. BREYER; Clarence THOMAS.

William K. SUTER, U.S. Supreme Court CLERK;
Sally RIDER, Administrative Assistant to Chief Justice;
certain Deputy Clerks: Jeff ATKINS, supervisor; and Gail JOHNSON.
**************************

### GROUP-IV-:
District of Columbia Government; D.C. COUNCIL; MAYOR;
D.C. Department of CORRECTIONS;
D.C. Central Detention facility; D.C. JAIL; ………….. SMITH , Warden;

Corrections Corporation of America, and its Correction Treatment Facilities;
Fred FIGUEROA, Warden;
(and his staff, Ms. …….. KING, Assistant Warden; Mr. ……FULTON, Program Manager;
Jeanette Davis-BOYKINS, Principal education department; Shameka BINES, Librarian;
………………...………………………………..,
Ms J.M.A., Inmate Grievance Unit).

### GROUP-V-:
GOVERNMENT OF THE STATE OF CALIFORNIA, and its Subdivisions:

COUNTY of LOS ANGELES, Board of Supervisors;
[Jewish] Supervisor Zev YAROSLAVSKI;
County General Counsel(s),
………………….. …………………..
County hired Private Attorneys, (paid from public-funds):
Law Offices of:
    GUTIERREZ, PRECIADO & HOUSE, LLP.
    Nohemi Gutierrez FERGUSON,
    Christopher D. CRIGG, Ann D. WU.

CITY of LOS ANGELES, its Mayors & City Council-members. And
Hundreds/Thousands unknown Congressional, Governmental and Corporate officials.

                                                                    **Defendants.**

PARVIZ KARIM-PANAHI, in *pro-se* Plaintiff of the above titled and numbered legal action in the United States of America's District Court for the District of Columbia, (and in other Courts, United Nations, and with International Criminal Court), against certain named Congressional/Legislatures-Judicial-Governmental, ARMY-agents-Police-Corporate Officials and their instrumentalities, a victim of continuous pervasive and sadistic half-a-century, (at least since 1953 CIA, Israeli-Agents/Jewish-Mafia Coup in Iran), of the Defendants' operations, acting as Racketeer Influenced and Corrupt Organizations who with abuse of power have been denying the most basic civil and human rights of Plaintiff, subjected him to physical-mental-emotional-psychological-financial tortures, threats, thieveries and destruction of properties, educations, family and life for his opposition to corruption, whistle-blowing and prevented defrauding public-funds, and for his national-origin/Iranian, race/Middle-Easterner, religion/Muslim,

-hereby files his timely "NOTICE-OF-APPEAL" from fraudulently issued *Sua-Sponte* ORDER OF DISMISSAL with-prejudice entered May 30, 2006 by U.S. District Judge JOHN D. BATES, (a FSIA Judge, fraudulently assigned by Defendant Clerk), attached as EXHIBIT - -, and from District Court Clerk's fraudulent operations.
//
With regard to the Appeal he states that:

Whereas the Complaint, (a copy attached, as EXHIBIT -2-), is soundly based on facts and laws, prepared in *pro-se* under savage, uncivilized and dehumanizing conditions imposed on Karim-Panahi/ Plaintiff/ Appellant without help from any attorney/ counsel is in accordance to Federal Rules of Civil and Criminal Procedures, (with more details to documents violations committed); but

the Judge John D. BATES (assigned FSIA judge) *sua-sponte* Order of Dismissal with-prejudice has been issued:

   a- in continuing judicial-frauds to cover-up half-a-century crimes, disregard and denials of Karim-Panahi's/ Plaintiff's/ Appellant's civil and constitutional rights, in destroying his properties, educations, family and life.

  b- as continuing judicial organized-operation acting with "extra-Judicial" conspiracies to destroy and silence Karim-Panahi's/ Plaintiff's/ Appellant's opposition to corruption, crimes, thieveries, …..

  c- demonstrates Israeli/Jewish-Mafia control of Judiciary/Courts/Judges.

In that, whereas the Complaint is 102-pages, setting forth and alleging real facts, laws and tortures, (with only few sentences about Israeli/Jewish-Mafia); but

Judge John D. BATES's whole "MEMORNADUM OPINION" for dismissal Order is covering up and protecting Israeli/Jewish-Mafia crimes in which he states that:

> "Plaintiff, a Muslim man from Iran, is a civil engineer [not mentioning having more education than the judge himself, and denials of his basic rights]. He alleges the existence of "USA/CIA/Israeli and Corporate plans and policies to destroy Iranians and Middle-Easterners educated and professionals," in order that "Israeli-agents/Jewish-Mafia and their corporations….. perpetuate and create their own monopoly." In addition he contends that this "Israeli/Jewish-Mafia" exert influence over the United States Congress, local governments, and federal judiciary. In this action, he demands an order ending "pervasive vicious-cycle of Defendants criminal operations and judicial-conspiracies against this Plaintiff," in addition to injunctive relief and monetary damages."

Based on the above U.S. District Judge John D. BATES by manipulations has issued his <u>sua-sponte</u> order to dismiss the legal action with-prejudice; rather than with judicial honesty and courage according to the U.S. Constitution and laws pursuing due-process, judicial hearings and actions for injunction and to correct the wrongs to put an end to stop those half-a-century crimes and violations.

  d- in direct contradiction and conflict with the

"U.S. SUPREME COURT'S MOTION FOR MORE DEFINIT STATEMENT"

(copy attached as EXHIBIT-1-), on the same Complaint against same Defendants filed by same Plaintiff/ Karim-Panahi/ Appellant, as Case No.:<u>CV-06-0892-(with many judges with honesty recusing themselves)</u>, in the United States District Court for Central District of California, Los Angeles, (first Page of Caption attached as EXHIBIT-2-).

But not demanding or ordering for sua-sponte dismissal with prejudice.

  -And many more issues to be raised on appeal………………………………………

Also appeal and investigation is made that:

contrary to the Clerk's duties, the Clerk of the U.S. District Court for District of Columbia, and her deputy also named as defendants, continue fraudulent operations, not immediately filing and assigning a Case Number, (as evidenced by the first page of Caption attached as EXHIBIT-4-), then by random to be assigned to a U.S. District judge to act on the case, (as practiced by all other U.S. District Court Clerks, see first-page of Caption of CV-06-0892, EXHIBIT 2); but by fraud depending on the subject matter and political-religious contentions and allegations of the legal action, as previous operations continue judge-shopping, to select a judge without assigning any Case Number until the case is dismissed. Refusing immediately and promptly upon submittals of legal papers to file and docket Plaintiff's legal papers on his legal actions, (as practiced by all clerks of U.S. District Courts).

-Arbitrarily the clerk office do not file and do not enter in docket-sheet all the submittal given to them, providing chance of intentional and/or unintentional loss of submitted documents and/or their being documented in the record. Even refuse to file and enter objections to their operations, creating hostile atmosphere, derailing and destroying his legal actions.

-Also as Clerks are named Defendants, to cover-up, preventing public knowledge and access, the Complaint (103-pages), is not put on the Electronic-Filing, claiming BULKY-EXHIBIT, (whereas in Case No.: 03-CV-0219-RMC, its Complaint 167-pages, and more than 100-pages Exhibits were put in the Electronic filing system).

And many more operations committed for political-religious connections and policies, having nothing to do with the Clerk's office duties and responsibilities, but with intention of interference, derailing and obstruction of course of justice,

Additionally if SADDAM, Iraqis Chief Judge and Judges are arrested, jailed, prosecuted, and put on trial, there are no reasons that the USA Officials and Judges committing the same and even more savage and outrageous crimes and corruptions against innocent people, humanity, and this Plaintiff/ Appellant shall be exempt from administration of justice.

//

Dated: June 2 9, 2006,

Respectfully Submitted,

Plaintiff/Appellant, in *pro-se*,

*[signature]*

PARVIZ KARIM-PANAHI

Attachments:
- "U.S. SUPREME COURT NOTICE OF MOTION FOR MORE DEFINITE STATEMENT" FILED ON Case No.: CV-06-0892----,    (EXHIBIT-1-).
- First page of Caption of No.: CV-06-0892, immediately FILED & Docketed, (EXHIBIT -2-).
- Filed COMPLAINT. 103-pages with US SENATE RERSOLUTION-286,    (EXHIBIT-3-).
- First page of Caption of No.: 06-CV-0987, submitted MAY 11, 2006, Not immediately Filed, Case Number Assigned, Docketed, and Not Assigned To a Judge,    (EXHIBIT -4-).
- Judge John D. BATES "MEMORANDUM OPINION",    (EXHIBIT-5-).
  Sua-Sponte ORDER of Dismissal with prejudice,    (EXHIBITS-6-).