# EXHIBIT-1-

-"U.S. SUPREME COURT NOTICE OF MOTION FOR MORE DEFINITE STATEMENT"
FILED ON Case No.: CV-06-0892----,
(3 - pages)

Re: APPEAL on Case No. : 06-CV-0987-JDB
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.

```
 1  DEBRA WONG YANG
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ROBERT I. LESTER (CBN 116429)
 4  Assistant United States Attorney
         300 North Los Angeles Street, Rm. 7516
 5       Los Angeles, California  90012
         Phone: (213) 894-2464
 6       Fax:   (213) 894-7819
         robert.lester@usdoj.gov
 7
    Attorneys for Defendant
 8  Supreme Court of the United States

 9                  UNITED STATES DISTRICT COURT
10            FOR THE CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
11
    PARVIZ KARIM-PANAHI,              ) No. CV 06-0892-GAF(AJWx)
12                                    )
              Plaintiff,              ) NOTICE OF MOTION AND
13                                    ) MOTION OF DEFENDANT
         v.                           ) SUPREME COURT OF THE
14                                    ) UNITED STATES FOR:
    JOHN W. WARNER; SENATE ARMED SERVICES )
15  COMMITTEE; RICHARD G. LUGAR; SENATE  ) 1) A MORE DEFINITE
    FOREIGN RELATIONS COMMITTEE; BILL FRIST; ) STATEMENT;
16  DIANNE FEINSTEIN; BARBARA BOXER;     )
    TOM LANTOS; HENRY A. WAXMAN; MEL LEVINE; ) 2) [REDACTED]
17  HOWARD BERMAN; BRAD SHERMAN; PATRICIA )
    MACK BYRAN; MORGAN J. FRANNKEL; THOMAS )
18  E. CABALLERO; HOUSE OF REPRESENTATIVES )
    GENERAL COUNSEL; TERRENCE W. GAINER;   )
19  JOHN M. McGOWAN; MARY TURNER; JAMES    )
    PUNDY; ROBERT MARCELLO; TOMOTHY JONES; )
20  MILLER; CAPITOL POLICE GENERAL COUNSEL; )
    UNITED STATES DEFENSE DEPARTMENT;      ) MEMORANDUM OF POINTS
21  JOHN P. ABIZAID; L. PAUL BREMER, III   ) AND AUTHORITIES;
    THOMAS MATHEW ROMERO; U.S. ARMY CRIMINAL )
22  INVESTIGATION DIVISION; STEVEN K.      )
    KAUFMAN; JUDICIARY/COURTS/CLERKS/JUDGES ) EXHIBITS.
23  OF THE UNITED STATES OF AMERICA;       )
    UNITED STATES ATTORNEYS OF THE U.S.    )
24  DEPARTMENT OF JUSTICE; KENNETH L.      )
    WAINSTEIN; STEVEN K. KAUFMAN; JOHN R.  ) DATE: May 1, 2006
25  FISHER; R. CRAIG LAWRENCE; UNITED STATES ) TIME: 9:30 a.m.
    DISTRICT COURT FOR DISTRICT OF         ) CTRM: Judge Feess
26  COLUMBIA ROSEMARY MEYER COLLYER; et al., )
    et al.,                               )
27                                        )
              Defendants.                 )
28  _____)
```



1  **NOTICE OF MOTION AND MOTION OF DEFENDANT SUPREME COURT OF THE**
2  **UNITED STATES FOR: 1) A MORE DEFINITE STATEMENT; 2) ISSUANCE OF**
3  **ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE DECLARED A**
4  **VEXATIOUS LITIGANT**
5  TO PLAINTIFF:
6  PLEASE TAKE NOTICE that on May 1, 2006 at 9:30 a.m., or as
7  soon thereafter as counsel may be heard, in the Courtroom of the
8  Honorable Gary A. Feess, United States District Judge, located
9  at 255 East Temple Street, Los Angeles, California 90012,
10 defendant Supreme Court of the United States will move for a
11 more definite statement pursuant to Fed. R. Civ.P. 12(e),
12 because the Complaint fails to comply with the pleading
13 requirements of Fed. R. Civ. P. 8. This motion is made on the
14 grounds that the Complaint fails to contain a short and plain
15 statement of the claim showing that the pleader is entitled to
16 relief, and the averments of the Complaint are not simple,
17 concise and direct.
18 ████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████
20 ████████.
21 This motion is based on this Notice of Motion and Motion,
22 upon the Memorandum of Points and Authorities, the attached
23 exhibits, and upon such arguments as the Court may allow at the
24 time of the hearing.
25
26
27
28

1  The parties did not conduct a Local Rule 7-3 meet and confer
2  because Plaintiff is in *pro se*.
3  DATED: April 7, 2006.   Respectfully submitted,

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Defendant
Supreme Court of the United States

iii