# *EXHIBIT-2-*

First page of Caption of No.: CV-06-0892, immediately FILED & Docketed
(1 - pages)

Re: APPEAL on Case No.: 06-CV-0987-JDB
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.

پرویز کریم‌پناهی

**PARVIZ KARIM-PANAHI**
(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)
P.O. BOX 241638
Los Angeles, CA 90024/
Tel./cellular: (818) 264-9486
in *pro-se*



before the:
**UNITED STATES DISTRICT COURT**
for Central District of California, Los Angeles
312 North Spring Street, Los Angeles, CA 90012

PARVIZ KARIM-PANAHI,
    Plaintiff.
-vs-

Case No.: CV 06-00892-JSL (AJWx)

<u>GROUP-I-</u> *(United States 108th Congressional/ (Senate & House defendants):*

JOHN W. WARNER, Chairman
    Senate Armed Services Committee;
SENATE ARMED SERVICES
    COMMITTEE and certain of its
    unknown Members & Staff;
RICHARD G. LUGAR, Chairman
    Senate Foreign Relations Committee;
SENATE FOREIGN RELATIONS
    COMMITTEE and certain of its
    unknown Members & Staff;
Bill FRIST, Senate Majority leader;

[Jewish] U.S. Senators & House
    Representatives from California:
    -Dianne FEINSTEIN;
    -Barbara BOXER;
    -Tom LANTOS;
    -Henry A. WAXMAN;
    -Mel LEVINE;
    -Howard BERMAN;
    -Brad SHERMAN; et al.,

        *(continued),*

CIVIL & CRIMINAL
COMPLAINT & FOR
DAMAGES.
And
FOR IMPEACHMENT OF
[Jewish] JUDGES:
    -Earl H. CARROLL;
    -Christina A. SNYDER;
    -Mariana M. PFAELZER;
    -Mary M. SCHROEDER;
-..............................

For Continuing
Governmental-Legislative-
Corporate-Israeli & Judicial
Terrorism, Tortures, Thieveries,
Violation of Civil & Human Rights,
Arrests, Hostage Taking,
Destruction of Evidence-Witnesses,
Crime against Humanity, .....

"REQUEST TRIAL BY
INTERNATIONAL JURY"

-1-/ Caption
*(Parviz Karim-Panahi –v.– John W. Warner, Senate Committee, Judges, et al.)*