# *EXHIBIT-4-*

First page of Caption of No.: 06-CV-0987, submitted MAY 11, 2006,
Not immediately Filed, Case Number Assigned, Docketed, and Not Assigned To a Judge.
(1 - pages)

Re: APPEAL on Case No.: 06-CV-0987-JDB
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.

پرویز کریم پناهی

**PARVIZ KARIM-PANAHI**
(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)
P.O. BOX 75580, Washington, DC 20013
~~P.O. BOX 241638, Los Angeles, CA 90024~~
Tel./cellular: (818) 264-9486
in *pro-se*

**RECEIVED**

MAY 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

before the:
## UNITED STATES DISTRICT COURT
### for District of Columbia
333 Constitution Avenue, N.W., Washington DC 20001

---

PARVIZ KARIM-PANAHI,
                        Plaintiff.
     -Vs.-

**GROUP-I-** *(United States 108th Congressional/ (Senate & House) defendants):*

Senator JOHN W. WARNER, Chair,
   SENATE ARMED SERVICES
   COMMITTEE and certain of its
   members and Staff named in
   SENATE RESOLUTION-286;
Senator RICHARD G. LUGAR, Chr.
   SENATE FOREIGN RELATIONS
   COMMITTEE and certain of its
   Members & Staff named in
   SENATE RESOLUTION-286;
Bill FRIST, Senate Majority leader;

U.S. [Jewish] Senators & House
   Representatives from California:
     -Dianne FEINSTEIN;
     -Barbara BOXER;
     -Tom LANTOS;
     -Henry A. WAXMAN;
     -Mel LEVINE;
     -Howard BERMAN;
     -Brad SHERMAN;
     -Jane HARMAN;
     -Adam SCHIFF;
                   *(continued),*

Case No.: _____

**CIVIL & CRIMINAL COMPLAINT & FOR DAMAGES.**
And
**FOR IMPEACHMENT OF [Jewish] JUDGES:**
     -Earl H. CARROLL;
     -Christina A. SNYDER;
     -Mariana M. PFAELZER;
     -Mary M. SCHROEDER;
-................................

for Continuing half-a--century Governmental-Legislative-Corporate-Israeli & Judicial Terrorism, Tortures, Thieveries, Violation of Civil & Human Rights, Arrests, Hostage Taking, Destruction of Evidence-Witnesses, Crime against Humanity, …..

**"REQUEST TRIAL BY INTERNATIONAL JURY"**

---

-- 1 --/ Caption
*(Parviz Karim-Panahi –v.- John W. Warner, Senate Committee, Judges, et al,)*