# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5195**  **September Term, 2007**

06cv00987

Filed On: April 16, 2008

Parviz Karim-Panahi,
   Appellant

v.

John Warner, Senator, et al.,
   Appellees

---

06-5290

06cv01095

Parviz Karim-Panahi,
   Appellant

v.

John Warner, Chair, Senate Armed Services and certain of its members and staff, et al.,
   Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 6/5/08

ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

FILED JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:**   Tacha, McConnell and Gorsuch, Circuit Judges *

### ORDER

Upon consideration of the order to show cause filed November 15, 2007; and appellant's motion for recusal, styled as "Motion to Disqualify & Remove . . . Tenth Circuit Panel of Judges . . . and to Vacate all of the Panel's Issued Orders," filed March 21, 2008, it is

**ORDERED** that the district court's orders filed May 30, 2006, and July 19, 2006, dismissing as frivolous appellant's complaints in Civil Action Nos. 1:06-cv-00987-UNA and 1:06-cv-01095-EGS, respectively, be summarily affirmed. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The complaints contain factual allegations that are so implausible as to be "fantastic or

United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5195**  **September Term, 2007**

delusional." <u>Neitzke v. Williams</u>, 490 U.S. 327-28 (1989).  Accordingly, the district court properly dismissed the cases as frivolous.  <u>See</u> 28 U.S.C. § 1915(e)(2)(B)(I).  It is

**FURTHER ORDERED** that the motion for recusal be denied.  <u>See</u> <u>Sec. & Exch. Comm'n v. Loving Spirit Found. Inc.</u>, 392 F.3d 486, 494 (D.C. Cir. 2004) (observing that adverse judicial decisions "virtually never provide a basis for recusal").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

---

\* Judge Tacha, Judge McConnell, and Judge Gorsuch are judges of the United States Court of Appeals for the Tenth Circuit, sitting by designation pursuant to 28 U.S.C. § 291(a).