# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5195

September Term 2007

06cv00987

Filed On: June 20, 2008 [1122971]



Parviz Karim-Panahi,

    Appellant

v.

John Warner, Senator, et al.,

    Appellees

### ORDER

It is **ORDERED**, on the court's own motion, that the court's mandate issued on June 5, 2008, be recalled.

The Clerk of the United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk